Dear Sir

TDCJ # 1897238

To the Court of Criminal Appeals of TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS
JAN 29 2015
Abel Acosta, Clerk

I Trent D. Jackson had fileded A Writ of HABAS Corpus Seeking Relief from final Felony Conviction Under Code of Criminal Procedure, Article 11.07

I was released From Jail on Dec. 4 2014 from Goliad County. I have Not heard from my 11.07 Writ. My New Address is 202 James st Inez, TX 77968 The Le Blanc Unit Have Not Sent my mail. I'am Still Seeking Relief From This Felony Conviction because I did Not Forged any checks At All. So Please Send me a Response on my Writ of Article 1107 To My New Address please So I can Seek To get This Charge of Forgery of A finAncial instrument off my Records.

Thank you,

#1897238     Sign:
Dated : 1/27/15

James A. Jackson

STATE OF Texas
COUNTY OF Victoria

Sworn to (or affirmed) and subscribed before me this 27 day of Jan, 2015, by James A Jackson

Priscilla Garcia          Priscilla Garcia
Notary Public's Signature     Notary Name
Personally Known_____ OR
Type of Identification Produced TxdL

PRISCILLA GARCIA
Notary Public, State of Texas
My Commission Expires
April 05, 2017